70, 265-02

Abel Acosta clerk                                    8-14-15

Eric Raynall Brown # 1873517          SID # 08xxxxx

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 03 2015

Abel Acosta, Clerk

michael unit T-21 18 building              See Somerset
2664 FM 2054                                review files Also.
Tennessee Colony, Texas 75886
          Unit Telephone # (903) - 928 - 2311

Writing this letter for the notice from the official notice From
court of criminal Appeals of Texas P.O. Box 12308, Capitol Station
Austin, Texas 78711  RE: writ No. WR-70,265-02 Style:
Brown, Eric Raynall Trial Ct No: 24769-A  6/11/14

     You advised that Application for writ of Habeas Corpus
had been dismissed. (Appeal of discretionary) Due to Conviction
not final; mandate not issued at time, application filed in
trial court. See Ex parte Johnson, 12 S.W. 3d 472 (Tex.
Crim. App. 2000). I wanted to ask you a few question
for direction on further filing of this matter. I've recieved
information to you before that you and I agree that you where
a clerk. I'm asking who I should write within the criminal
Court of Appeals Texas to solve this problem of mines. I've
also talked or wrote with a B Reeves Huntsville PO. They'd
know mostly this information out mainly through RE: and
Writ Numbers WR-70,265-02. First questions how are
you doing today I hope Healthy mainly appallant work seeing as
believeing could be very stressful. So good Health too you
with these questions. → over

I had a writ through Court of Criminal appeals we've seen it was dismissed due to conviction not final; I've recently tried to shepardize cause Case to it 24769-A and was denied saying not able to shepardize it. I'm asking is that due to conviction not final; that it couldn't exsist due to possibly being overturned or thrown out. If so is there a file or application to fill out to get it finally notived similar to shepardized that it goes through and then I could get released or finalized toward final disposition in court case cause. 24769-A. Also reasons that this cause case # 24769-A and RE-file could be on hold with discretionary mentioned then finally a notice to clear these events finally. I had a Pre Indictment CAPIAS issued + served 10/24/11 / 11/01/11 Register of Actions SID # 05891054 that was under discretionary cause when this case was trialed after notice of appointments. (Huntsville IPO notified also). Could that play a factor toward this Conviction not final; and also how to go about further disposition with non reversal being in the play on Pre Indictment CAPIAS. And Judge Notification to close Account or matter to shepardize or notify Appallont. Also under Pre Indictment CAPIAS and mainly notice of Appointment Probable cause with Court Case Cause 15873B (Prior used to Indict (OCA) before appointment) needing shepardized to clear and close also. All attorney and Judges mentioned within RE'. and WR No: ? If not Register of Action SID # 05891054, and District clerk Patricia Henderson Taylor County Courthouse District clerk 300 Oak, Suite 400 Abilene, Texas 7602 Asking on my behalf Eric Rayrell Brown appallont party to continue to next phase of appeal after all notices noteable!